**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIA DE LA CRUZ and PEDRO DE LA CRUZ,

          Plaintiffs,

     v.

THE CITY OF LOS ANGELES; BBC SCOTT, LLC, BUILDING BLOCH CAPITAL, LLC,

          Defendants.

CV 25-7024 PA (SKx)

JUDGMENT

Pursuant to the Court's February 5, 2026 Minute Order granting the Motions to Dismiss filed by defendants City of Los Angeles (the "City") and defendants BBC Scott, LLC and Building Block Capital, LLC (the "BBC Parties") (collectively "Defendants") and dismissing without leave to amend the Complaint filed by plaintiffs Maria De La Cruz and Pedro De La Cruz (collectively "Plaintiffs"), it is hereby ORDERED, ADJUDGED, AND DECREED:

    1.    The action filed by Plaintiffs is dismissed with prejudice; and

    2.    Defendants shall recover from Plaintiffs their costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: February 6, 2026

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE